UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAKENAUTH GEER,

                              Plaintiff,

                                                    No. 9:14-CV-650
                                                    (DNH/CFH)

            -v-

SERGEANT BROWN, Washington Correctional
Facility; ST. MAIL CLERK WHORF, Washington
Correctional Facility; and B. MCMILLIAN,
Washington Correctional Facility,


                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

PAKENAUTH GEER
Plaintiff Pro Se
05-A-1952
Washington Correctional Facility
Box 180
72 Lock 11 Lane
Comstock, NY 12821

DAVID N. HURD
United States District Judge


## DECISION and ORDER

        Pro se plaintiff Pakenauth Geer brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  On January 28, 2015, the Honorable Christian F. Hummel, United States Magistrate

Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with

prejudice.  No objections to the Report-Recommendation were filed.

        Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's First Amendment claims against defendants Brown, Whorf, and McMillian are DISMISSED;

2. As all claims against defendants Brown, Whorf, and McMillian are dismissed, the amended complaint is DISMISSED in its entirety; and

3. The Clerk is directed to enter judgment accordingly, serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules, and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 26, 2015
        Utica, New York.